CA 00-379 E
appeal part pay
receipt #
06-163

```
       UNITED STATES
       DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
          ERIE Division

      # 06000163  -  DM  dm
      January 9, 2006

   Code   Case #   Qty    Amount

   APPEAL D 00-379 E              10.00

   TOTAL→                         10.00


   FROM: ROBERT CARDWELL, 04266-010
         FCI MCKEAN
         PO BOX 8000
         BRADFORD PA 16701
```