

CA 00-379 E
appeal part pay
receipt # 06-26