*part pay appeal*
*rcpt # 06-254*

*CA 00-379 E*

*$20.00*

```
UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 06000254 - DM   dm
March 10, 2006

                                  Amount
Code    Case #    Qty
                                  20.00 CH
APPEAL O 00-379 E


                                  20.00
TOTAL→


FROM: DEPT OF JUSTICE FOR:
      ROBERT CARSWELL
```