CA 00-379 E
appeal part pay
receipt # 06000339

```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

    # 06000339 - SF
        May 12, 2006


    Code    Case #    Qty       Amount

    FIRSTAPP ca-00-379e            4.00 CH


    TOTAL->                        4.00


    FROM: U.S. TREASURY FOR ROBERT
          CARSWELL
```