*appeal part pay*
*rcpt # 07-281*

$7.01

00-379 E

```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

       # 07000281  -  DM
         April 11, 2007

   Code    Case #    Qty      Amount

   FIRSTAPP 00-379 E           7.01 CH


   TOTAL →                     7.01


   FROM: DEPT OF JUSTICE/BOP FOR:
         ROBERT CARSWELL
```