In The United States District Court
Western District Of Pennsylvania
Erie Division

Robert Carswell,
Petitioner,
Vs.
Robert V. Barth Jr. (United States District Court Clerk),
RESPONDENT.

Civil Action No.:
00-379 E

42 U.S.C. § 1983

FILED
'07 MAY -4 PM 2:20

## Family Rights Motion For Clerk To Furnish Petitioner With Copy Of Original Complaint, Copy Of Docket Sheet, And Written Statement Of Balance

(Pursuant To Clerk Duties And Responsibilities/ 28 U.S.C. § 951, U.S. Attorney General Alberto R. Gonzales)

Clerk/United States District Court: I am the Petitioner and Plaintiff in aforestated case of Robert Carswell Vs. McKean Federal C.I. & Others.

In accordance with my protected Family Rights under the United States Constitution, I am filing foregoing motion for copy of original complaint, copy of docket sheet, and current balance of aforestated civil action 00-379 E (United States District Court, Western District Of Pennsylvania, Erie Division).

BY AND THROUGH U.S. Attorney General
Alberto R. Gonzales & WARDEN
Big Sandy U.S. Penitentiary
P.O. Box 2068
Inez, Kentucky 41224

SWORN TO/EXECUTED
This 1ST Day Of May, 2007.

Mr. Robert Carswell
Mr. Robert Carswell 84866-020
U.S.P. Big Sandy P.O. Box 2068
Page 1   Inez, Kentucky 41224

United States Attorney General
Alberto R. Gonzales + WARDEN
Big Sandy U.S.P.
Inez, Kentucky 41224

Clerks
28 U.S.C.
§951

## Certificate Of Service

I Robert Carswell, certify herewith I have served United States District Court Clerk Robert V. Barth with First Amendment Family Rights Motion. Envelope with prepaid postage was correctly addressed and mailed by United States mail by me/myself to:

Title 31
United
States
Constitution

CLERKS OFFICE
U.S. DISTRICT COURT
P.O. BOX 1820
Erie, Pennsylvania 16507-9973

Money
&
Finance
Rights

This 1st Day Of May, 2007.
M. Robert Carswell
Mr. Robert Carswell 84866-020
Big Sandy U.S. Penitentiary
P.O. Box 2068
Inez, Kentucky 41224

NOTE: Clerk, please mail me Local Rules Handbook, and any other materials I am entitled to as a indigent pro se prisoner litigant.
R.C.

Reference Letters From Kenneth Copeland:
1 July 7, 2006 ✓ R.C.  2 July 24, 2006 ✓ R.C.

EOE   Equal Opportunity Employer




KENNETH COPELAND MINISTRIES

R.C. ✓

July 7, 2006 ✓

**REACHING**

**MORE**

**PEOPLE...**

**IN**

**MORE**

**PLACES...**

**TOGETHER**

**WITH**

**YOU!**

Dear Robert,

Everything we do together, we do in the Name of Jesus. Everyplace we go, we go in His Name. Everything we have came to us by the provision in the Name of Jesus. Every life we touch is changed by the power of the Name of Jesus.

Jesus is Lord, and God has commissioned us under the authority of His all-powerful Name! We are, above all else, partners in ministry with Him.

Gloria and I love you and pray for you every day! Thank you for letting us hear from you. We are always grateful for your obedience to the Lord to sow your finances, your prayers and your faith into all we are doing together in the Name of Jesus. And, each day as we pray in His Name, we call in your hundredfold harvest on all of your sowing.

The Name of Jesus has everything to do with everything in this life of faith! Our day-in, day-out belief in and total reliance on His Name is key to receiving all that we ask of our Father, according to 1 John 3:22-23.

I believe "every" and "all" are a couple of God's favorite words. And, of course, "YES!" That's His purpose in committing to us the power in Jesus' Name. He knows He can trust us with all heaven has to give because we will believe the Name and faithfully use it to honor and glorify Him in the earth.

As you allow your faith to be strengthened by God's Word, know that our prayer team is standing in agreement with you for God's promises regarding your need. Our intercessors join with you expecting the prayer of agreement to bring to pass the desires of your heart. The victory has already been won in the heavenly realm.

WWW.GETIMMERSED.ORG

**get**

One Word from GOD can change a *life* forever!

ANY QUESTIONS NOT ANSWERED IN THIS LETTER OR THE ENCLOSURES ARE BEING RESPONDED TO SEPARATELY.

FORT WORTH, TX 76192-0001

He knows we v     lare the Name above all names-the marvelous Name of Jesus. And by that
Name He will alwa     the doors to every place we go, to everything we do, and to every heart
we encounter. Let's     it right now...

<div style="text-align:center">

JESUS IS LORD!

*Kenneth Copeland*

Kenneth Copeland

</div>

P.S. The glory is I     ar 2006 Believers' Conventions are going great. We will be in Fort Worth,
Texas, July 31-Au     and in Milwaukee, Wis., August 21-26. We always appreciate your praying
for the meetings.




KENNETH COPELAND MINISTRIES

R.C. ✓

July 24, 2006 ✓

**REACHING**

**MORE**

**PEOPLE...**

**IN**

**MORE**

**PLACES...**

**TOGETHER**

**WITH**

**YOU!**

Dear Robert,

Your partnership with God in giving into the uncompromised ministry of His Word and in living by that Word every moment of the day is changing your world. The Blessing in you is being poured out to bless lives everywhere you go.

What a privilege it is for Gloria and I and our family and staff to be partnered with you in this walk and ministry. Thank you for sowing your precious acts of faith and obedience to God's leading in regard to this ministry. And be assured of our confident agreement with you for God's superabundant return on every prayer and act of faith you have sown that every need and dream of your life will be met in Him.

This life of moment by moment active trust in the Word of God's love for us is manifesting His Glory and bringing in His end-time harvest. Hungry and hurting men and women are running to The Blessing of a God who really cares for and loves them.

Don't allow yourself to be robbed of one bit of the fullness of The Blessing God has both given to you and also empowered you to release into this world. Don't hold back--press in! The Blessing was on Joseph, even as a slave and prisoner, to attract prosperity and be a witness to God in a nation without Him. And it is on you to let His Glory shine in your world.

You are blessed with Jesus' Blessing. You are blessed with The Blessing. As you develop it by hearing the Word of God, sowing that Word into your heart and releasing it with your words and acts of faith, you walk as The Blessed. You take dominion over and subdue the earth, freeing it from the curse and creating a Garden of Eden wherever you go in faith and love.

Never, ever, underestimate the power of The Blessing that is in you and that you are as you release the Word and Love of God in your life. As you multiply and prosper, all those who come in contact with you are blessed.

Again, let me remind you how very deeply blessed Gloria and I are for the acts of

WWW.GETIMMERSED.ORG

get immersed

One Word from GOD can change a life forever!

ANY QUESTIONS NOT ANSWERED IN THIS LETTER OR THE ENCLOSURES ARE BEING RESPONDED TO SEPARATELY.
FORT WORTH, TX 76192-0001

obedience, faith an ou sow into our lives and ministry. We love you and pray daily in faith for you and for your to llment in all "God" has promised "and" destined for you and your "family."

( . LOVE. God And Family.

As you allow y :h to be strengthened by God's Word, know that our prayer team is standing in agreement with God's promises regarding your need. We pray knowing that the desires God puts in people s, He will bring to pass. Your prayer request is such a desire.

Yes, together, and will do all things through Christ Jesus which strengthens us.

JESUS IS LORD!

Kenneth Copeland

Kenneth Copeland