IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT CARSWELL, | ) | |
| | ) | |
| v. | ) | Civil Action No. 00-379 Erie |
| | ) | |
| BERNIE ELLIS, Warden, | ) | |
| Defendant. | ) | |
| | ) | |

# ORDER

AND NOW THIS __10th__ day of May, 2007, upon consideration of the Petitioner's Motion for Clerk to Furnish Copies (Document No. 44)

IT IS HEREBY ORDERED that said Motion is DENIED

                                                                                    _____
                                                                                    Sean J. McLaughlin
                                                                                    United States District Judge

cc: Parties of record   NK